JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>$19,500.00 IN BANK FUNDS,<br><br>    Defendant. | No. 2:18-CV-05486-DSF (ASx)<br><br><br>ORDER DISMISSING ACTION |
| FONKA AROUNA MOUNDIH,<br><br>    Claimant. | |

/ / /

CC: Fiscal

1    Pursuant to the stipulation between counsel for plaintiff United States of America

2  and Claimant Fonka Arouna Moundih (Moundih), and good cause appearing therefor, IT

3  IS HEREBY ORDERED that this action is dismissed pursuant to pursuant to Fed. R.

4  Civ. P. 41(A)(1)(a)(ii).

5    The defendant $19,500.00 in bank funds shall be applied to the restitution order

6  entered against Moundih in <u>United States v. Moundih</u>, Case No. 17-CR-00790-DSF-2 in

7  accordance with the plea agreement.  The United States Secret Service shall provide the

8  $19,500 in bank funds to the Clerk of Court in the Central District of California.

9    Each party shall bear its own costs and attorney fees in connection with this matter

10  and the seizure and retention of the defendant funds.

11    IT IS SO ORDERED.

12   DATED:  July 22, 2021

13

14  _____
    Honorable Dale S. Fischer
    UNITED STATES DISTRICT JUDGE

15

16  Presented By:

17  TRACY L. WILKISON
    Acting United States Attorney

18  SCOTT M. GARRINGER
    Assistant United States Attorney

19  Chief, Criminal Division
    STEVEN R. WELK

20  Assistant United States Attorney
    Chief, Asset Forfeiture Section

21

22   _/s/ Katharine Schonbachler_____
    KATHARINE SCHONBACHLER

23  Assistant United States Attorney

24  Attorneys for Defendant
    UNITED STATES OF AMERICA

25

26

27

28

2